# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:13-CR-021 |
| | § | |
| ERIC SHIN CHOUNG | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.
It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of twenty-two (22) months with no credit for Texas Department of Criminal Justice ("TDCJ") time (to run consecutively) with a term of supervised release of three (3) years to follow. All supervised release conditions will be reimposed including the financial penalties.

The Court also recommends that Defendant be housed in the Bureau of Prisons North Texas facility, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 1st day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE